IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2007 DEC 19 PM 4:50

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:06CR3040 |
| Plaintiff, ) | 4:07CR3163 |
| -vs- ) | **ORDER** |
| THOMAS LAUREN LIVINGS ) | |
| Defendant. ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Stanton N. Beeder, as a Criminal Justice Act Training Panel Member, to assist in the defense of Thomas Lauren Livings.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Stanton N. Beeder is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. Stanton N. Beeder shall not be eligible to receive compensation for his services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Thomas Lauren Livings.

Dated: Dec. 19, 2007

BY THE COURT:

*[signature]*
UNITED STATES MAGISTRATE JUDGE