IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                         )<br>                    Plaintiff,             )<br>                                                         )<br>v.                                                    )   Case No.  4:07CR3163<br>                                                         )<br>THOMAS LAUREN LIVINGS,       )<br>                                                         )<br>                    Defendant.         ) | |

## ORDER

THIS MATTER comes before the Court on defendant's unopposed Motion to Amend Conditions of Pretrial Release, filing 52. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that all of the defendant's conditions of pretrial release shall be suspended until further Order of this Court.

Dated this 26th day of March, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge