IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3163 |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS LAUREN LIVINGS, | ) | |

**ORDER FOR DISMISSAL**

Leave of court is granted for the filing of the dismissal in this case.

DATED this 16th day of April, 2008.

BY THE COURT:

s/ *RICHARD G. KOPF*, JUDGE
UNITED STATES DISTRICT COURT